Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed.

Certiorari denied by Supreme Court, 155 So.2d 602 (3 Div. 43).

153 So.2d 657

**Ex parte James Henley COLBURN.**

**6 Div. 947.**

Court of Appeals of Alabama.

May 14, 1963.

James Henley Colburn, pro se.

Richmond M. Flowers, Atty. Gen., contra.

CATES, Judge.

The Attorney General suggests that Colburn's petition is now moot because, on the State's confession of judgment, coram nobis was granted with a subsequent nol prossing of the indictment.

Dismissed.

159 So.2d 457

**John S. CRAWFORD**

**v.**

**STATE.**

**6 Div. 960.**

Court of Appeals of Alabama.

Aug. 27, 1963.

Rehearing Denied Oct. 8, 1963.

Geo. S. Wright, Tuscaloosa, for appellant.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court, Ala., 159 So.2d 457.